IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 AUG -3  A 10: 14

Marvin McKissic  )
Full name and prison number of  )
plaintiff(s)  )
  )
  )
v.  )   CIVIL ACTION NO. 3:05CV728-T
  )   (To be supplied by the Clerk of the
Randolph County Jail  )    U.S. District Court)
             Etc  )
_____  )
_____  )
_____  )
_____  )
  )
Name of person(s) who violated  )
your constitutional rights.  )
(List the names of all the persons)  )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (X)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No (X)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
         Plaintiff(s) __N/A__
         Defendant(s) __N/A__

      2.  Court (if federal court, name the district; if state court, name the county)
         __N/A__

      3.  Docket No. __N/A__

      4.  Name of Judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Randolph County Jail__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __N/A__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Randolph County Jail P.O. Box 347 | |
| 2. | Wedowee Al. 36278 E.T.C. | |
| 3. | Jimmy Wilks  Jailer | |
| 4. | Shirley Johson - Chief Jailer | |
| 5. | Craig Davidson - Captain over Inmate | |
| 6. | Vernon Hayn Jailer | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __7/9/05__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Being Denied Medical treatment__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

I got Jump on By A State Inmate In the County Jail. I have no County time. I Just in here for Child Support. The Inmate Jump on me. I hit my head on the corner of A meatle table in C-Block. The Fight was not reported to the Captain of the Jail I was put in Isolation hole for two weeks. I was punish for Being Jump on not the State Inmate who Jump on me.

-2-

GROUND TWO: Health Hazard

SUPPORTING FACTS: The County Jail Showers leak Down In the kitchen in the food and on the Dishes.

GROUND THREE: Fire and Safty Hazard.

SUPPORTING FACTS: The Fire Alarms has been took out by States Inmates, and raw wires is every where. This Jail holds 26 Inmates there are 100 Inmates In this Jail. The Jail Officers would not know if An Inmate is dieing because we have no way of leting them know.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this Court to Rule on the Condishions of the County Jail and I want to Be pay for my pain and suffering from being hurt And having to Sleep on the Jail floor God Bless And thanks you all

X _Marvin McKissic_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/28/05
            (date)

X _marvin mckissic_
Signature of plaintiff(s)