## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jimmy Wilks
   Randolph Co. Jail       05-728 PO+CO4
   P.O. Box 347
   Wedowee, AL 36278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Davenport — ☑ Agent / ☐ Addressee
B. Received by (Printed Name): William Davenport
C. Date of Delivery: 08-10-05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3197

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jimmy Davidson
   Randolph County Jail
   P.O. Box 347
   Wedowee, AL 36278
   PRO SE

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Davenport — ☐ Agent / ☐ Addressee
B. Received by (Printed Name): William Davenport
C. Date of Delivery: 08-10-05
D. Is delivery address different from item 1? ☑ Yes ☐ No
   If YES, enter delivery address below: 05-728

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3203

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shirley Johnson
   Chief Jailer
   Randolph Co. Jail
   P.O. Box 347
   Wedowee, AL 36278

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Davenport — ☑ Agent / ☐ Addressee
B. Received by (Printed Name): William Davenport
C. Date of Delivery: 08-10-05
D. Is delivery address different from item 1? ☑ Yes ☑ No
   If YES, enter delivery address below: 05-728

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3227

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540