IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN McKISSIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv728-T |
| | ) |
| RANDOLPH COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 5, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. The plaintiff's claims against the Randolph County Jail be and are hereby dismissed prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Randolph County Jail be and is dismissed as a party in this cause of action;

3. This case, with respect to the plaintiff's claims against defendants Wilks,

Johnson, Davidson, and Haynes be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

    DONE, this the 15th day of September, 2005.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE