IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARVIN MCKISSIC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-0728-MHT-CSC |
| | ) |
| **SHIRLEY JOHNSON, et al.,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

COME NOW the Shirley Johnson, Jail Administrator for the Randolph County Jail, Craig Davidson, Jailer Vernon Haynes, Jailer Jimmy Wilks, Defendants in the above-styled cause and move this Honorable Court for an extension of time of 30 days in which to file their Special Report and Answer which was due on September 14, 2005. As grounds for said motion, Defendants state as follows:

1. Counsel for the Defendants just received notice of this matter, along with a copy of the Complaint and Order for Special Report today.

2. On August 5, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 14, 2005.

3. Counsel for Defendants has yet to meet with all the Defendants for the purpose of ascertaining the facts of the case and obtaining the documents located at the Randolph County Sheriff's Department relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4.   Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

5.   Defendants have not previously requested an extension of time in this case.

6.   Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including October 14, 2005.

Respectfully submitted this 21st day of September, 2005.

s/C. Richard Hill, Jr.
C. RICHARD HILL, JR. Bar No. HIL045

Attorney for Defendants

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of Sept, 2005, I have served the foregoing document on the following:

Marvin McKissic
Randolph County Jail
P.O. Box 347
Wedowee, AL 36278

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 21st day of September, 2005.

s/C. Richard Hill, Jr.
OF COUNSEL