IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN McKISSIC, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>RANDOLPH COUNTY JAIL, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 3:05-CV-728-T |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on September 21, 2005 (Court Doc. No. 9), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from September 14, 2005 to and including October 14, 2005 to file their answer and special report.

Done this 26th day of September, 2005.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE