IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARVIN MCKISSIC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:05-cv-0728-MHT-CSC |
| | ) |
| SHIRLEY JOHNSON, et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

COME NOW the Shirley Johnson, Jail Administrator for the Randolph County Jail, Craig Davidson, Jailer Vernon Haynes, Jailer Jimmy Wilkes, Defendants in the above-styled cause and move this Honorable Court for an extension of time of 21 days in which to file their Special Report and Answer which was due on October 14, 2005. As grounds for said motion, Defendants state as follows:

1. On August 5, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before September 14, 2005.

2. On September 26, 2005, this Court entered an Order granting Defendants' Motion for Extension of Time to file their Special Report and Answer.

3. Counsel for Defendants is still obtaining the documents located at the Randolph County Sheriff's Department and local medical facilities relevant to Plaintiff's allegations. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4. Defendants are in need of this additional time to fully respond to the Plaintiff's allegations.

5.   Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including November 4, 2005.

Respectfully submitted this 14th day of October, 2005.

>s/C. Richard Hill, Jr.
>C. RICHARD HILL, JR. Bar No. HIL045
>
>Attorney for Defendants
>
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive
>Post Office Box 240909
>Montgomery, Alabama  36124
>Telephone:  (334) 262-1850
>Fax:  (334) 262-1889
>E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of October, 2005, I have served the foregoing document on the following:

>Marvin McKissic
>Randolph County Jail
>P.O. Box 347
>Wedowee, AL 36278

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 14th day of October, 2005.

>s/C. Richard Hill, Jr.
>OF COUNSEL