Page 1

In The United States District Court
For The Middle Distict Of ALABAMA
Eastern Division

2005 OCT 27 A 9:22

Marvin Mckissic
_Full Name_
Plaintiff

v.

Shirley Johnson
Craig Davidson
Jimmy Willss
Vernon Haynes
_Full Names_
Defendants

2005 OCT 19 A 10:03

3:05CV728-T

Motion for to Leave to Amend.

Amendment to Complaint

1. This Complaint is being Amend Under The Endanger The Welfare of A Inmate I Marvin Mckissic.

2. On August 5th When I Marvin Mckissic recived My Civil Action No.3:05-cv-728-T from The Middile District Court, that was hereby Ganted.

3. The following officers that is Part of my Complaint has Retaliated against I Marvin Mckissic by putting I Marvin Life in danger.

4. By putting James Johnson and I marvin Mckissic back in the Same block where the Insident first occured.

Page 2

5. I Marvin Mckissic refused to go in the Same Cell block with Inmate, James Johnson Who is the Inmate, that jumped on I Marvin Mckissic. The Officers threaten to Spray I Marvin Mckissic with pepper Spray, IF I didn't go back in the Cell block with my Attacker.

6. This Statement I have gave is hereby true fact, And correct.

7. The following Officers that is in I Marvin Mckissic Complaint is putting Inmates Lives in danger by putting enemys in the Same Cell blocks together.

8. These Officers is going to get Some one badly hurt or killed by there Lack of traning and there retaliation.

9. The following Officers are not Accdamy trained if they were I would not be fileing this Amendment to my Complaint.

Sign *Marvin Mckissic

Page 3

I hereby Certify that on 13th day of Oct. 2005 I have Served the forgoing document of the following.

C. Richard Hill Jr.
WEBB & ELEY, P.C.
Attorney for Defendants

Sign ✗ Marvin McBride