**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

October 28, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Marvin McKissic    vs.  Shirley Johnson, et al**
**Case Number: 3:05cv728-T**

**Referenced Docket Entry -   Motion to Amend & Amendment to Complaint - Doc. No. 13**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**