# IN The UNITED States District Court
# For The Middle District Of ALabama

Marvin MCkissic
Plaintiff,

V.

Randolph County Jail, et al.,
Defendants.

Civil Action No. 3:05-CV-00728-MHT-CSC

## Plaintiff Motion for Extension Time

Come Now Marvin MCkissic At the Randolph County Detentin facility, As the Plaintiff in the Above Styled Cause, and More this Honorable Court for an Extension of time of 30 days in Which to file his Special Report and Answer Which is presently due on December 12, 2005. As ground for Said Motion, Plaintiff Plaintiff State as follows:

(1.) I the Plaintiff is Sick

(2.) My Mail was Late and I did not have Enough time for this Special Report. Due to Holloday's

## Certificate of Service

I hereby Certify that on this the 12th day of December, I have Mailed a true and Correct Copy of the Foregoing by United States Mail to the following

1. Office of the Clerk
   United States District Court
   P.O. Box 711
   Montgomery, Alabama 36101-0711

(2.) Attorney for Defendants
   WEBB & ELEY P.C.
   7475 Halcyon Pointe Drive (36117)
   Post Office Box 240909
   Montgomery, Alabama 36124

   Fax: (334) 262-1889